**FILED**
**4/25/2016**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

DEC 10 2015
12-10-15 EAA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JOSEPH FELTON

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

SHERIFF TOM DART
SUPERINTENDENT JOSEPH BROWN + cook county Sgt Sft's John Does
Director Reyes + SHERIFF Harris + commander John Doe
Cook County Sheriffs John Does + Sgt John + Jane Does
Dr. Avery Hart + Dr John Doe Jane Doe
Dr. Paul
cook county SHERIFF Harris
O.P.R SHERIFFS Investigators John Does
ADA Person Jane Doe

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

15cv11170
Judge Matthew F. Kennelly
Magistrate Judge Mary M. Rowland
PC9

**CHECK ONE ONLY:**

**X** COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**
   A. Name: JOSEPH FELTON
   B. List all aliases: ___
   C. Prisoner identification number: 20140319001
   D. Place of present confinement: Cook County Jail
   E. Address: 2700 S. California Ave. Chicago, IL, 60608-0000

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: TOM DART
      Title: Sheriff
      Place of Employment: Cook County Jail
   B. Defendant: Director Reyes
      Title: Director
      Place of Employment: Cook County Jail
   C. Defendant: Dr. Avery Hart
      Title: Doctor (Director of Medical)
      Place of Employment: Cook County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendants

D. Joseph Brown
   Superintendent
   Cook County Jail

E. Dr. Paul
   Doctor
   Cook County Jail

F. John Does
   Sheriffs
   Cook County Jail

G. Sheriff Harris
   Sheriff
   Cook County Jail

H. John Doe
   Commander
   Cook County Jail

I. Jane Doe
   ADA Person
   Cook County Jail

J. John Does
   OPR
   Cook County Jail

1. List all lawsuits
   A. Joseph Felton vs. city of University Park et al
      # 15 2937
   B. 2015
   C. Joseph Felton
   D. city of University Park, et al
   E. Northern District
   F. Judge Sharon Johnson Coleman
   G. violated my constitutional rights
   H. Appealed
   I. still pending

2. A. Joseph Felton vs. Il state troopers et al
      # 15c2681
   B. 2015
   C. Joseph Felton
   D. Il. state troopers
   E. Northern District
   F. Judge Sara Ellis
   G. Excessive Force
   H. Pending
   I. still pending

3. A. Joseph Felton vs. Sheriff Tom Dart    # 14C7493
   B. 2014
   C. Joseph Felton
   D. Sheriff Tom Dart
   E. Northern District
   F. Judge Manish S. Shah
   G. violating my constitutional rights
   H. Pending
   I. Pending

4. A. Joseph Felton vs. City of Chicago, et, AL   # 14-3211
   B. 2014
   C. Joseph Felton
   D. City of Chicago et, AL
   E. Northern District
   F. Judge David F. Hamilton
   G. Excessive Force
   H. Appeal
   I. Pending

pg3:

5. A. Joseph Felton vs. Rush Hospital, et, AL  # 15-2271
   B. 2015
   C. ~~Rush Hospital, et~~ Joseph Felton
   D. Rush Hospital, et, AL
   E. Northern District
   F. Judge Gary Feinerman
   G. Wrongful Death
   H. Appeal
   I. Pending

6. A. Joseph Felton vs. Sheriff Tom Dart, et, AL  # 15cv03447
   B. 2015
   C. Joseph Felton
   D. Sheriff Tom Dart
   E. Northern District
   F. Judge Matthew F. Kennelly
   G. Deliberate Indifference
   H. Pending
   I. Pending

7. A. Joseph Felton vs. Northwestern Hospital, et, AL  # 15cv8925
   B. 2015
   C. Joseph Felton
   D. Northwestern Hospital, et, AL
   E. Northern District
   F. Judge Robert W. Gettleman
   G. Malpratrice
   H. Pending
   I. Pending.

.p94.

A. JOSEPH FELTON VS. CHASE BANK # 1:15-CV-2231-RWS-JFK
B. 2015
C. JOSEPH FELTON
D. CHASE BANK et, AL
E. Northern District of Georgia
F. Judge Richard W. Story
G. Deliberate Indifference
H. Appealed
I. Still pending

On 11-12-15 I was physically assaulted by Cook County Sheriffs: John Does in Cook County Jail: Div 8 RTU 3E time about 6:00pm - 8:00pm: I got hit over and over: drag my head busted + my eye I got kicked slammed to the ground head first: handcuffed my wrist was bleeding: I had surgery on back + arm I have extreme nerve + tendon damaged Am in a wheelchair: The officers John Does with the Sgt. John Doe approved of all of it: I didn't refuse any thing my mouth busted by officers, nose + knots on my head still have them my right eye is in 100% pain lost most of my sight: I got drag and thrown the unit + out side of it: with handcuffs so tight: my wrist was bleeding: I have had a hack job surgery I have a <u>muscle from my back</u> put on <u>my arm</u>: Officers had no regard.

Deliberate indifference to my serious physical condition: Also violated my 8th, 4th, 14th my constitutional rights 100% violated by defendants <u>cruel and unusual punishment clause</u> was violated: I am a handicapp person already now am more handicapp from the acts from defendants it was totally reckless + callous indifference + evil motive + the injuries inflicted by defendants has permanently damaged me physically + mentaly cant use the only hand that did work a little: I ask plus pleaded my arm + hand wrist I had surgery on video with about 8 witnesses: They had no regard the defendants: Am afaid for my life my health is being ignored + my health issues also mental issues: Am in extreme pain my head, back wrists throwing up blood: my right eye lost alot of sight: extreme headaches my hip + legs my foot my mouth, officers John Does still threathen to kill me, hurt me real bad: The officer who first put his hands on me: also his friends other officers: Am in serious pain: I have been beating by these officers on video: plus they use excessive force: my due process clause was violated:

Joseph Felton
#2014-0319001
COOK COUNTY JAIL
2700 S. California Avenue
P.O. Box 089002
Chicago, IL 60608-0000

I have extreme pain and suffering + emotional distress + humiliation plus every ~~tests~~ things got worst! I also got hurt mentally + physically. The defendants was maliciously and sadistically defendants cause alot of harm to me! Shock-the-conscience! Also the director Reyes + Supt Joseph Brown Also Lt. John Doe knowing of this did nothing to correct! The situation from the defendants being very unprofessional! I was beating by 6 Cook County Sheriffs while in handcuffs on the ground slamed head first head + eye busted mouth busted, nose, concussions! Kicked in my back, ribs, face, arms, wrists bleeding, fractured wrists, ~~shoulder~~ shoulder fractures, side damaged! cruel and unusual punishment! Also the Sgt! John Does: encourage + condenation of then dressing me hitting me in the head, face, handcuffs got my wrist bleed also the Lt. John Doe; they laugh at me officers nurses Lt, Sgt threw me on ground over + over head first! In the unit, Holding cell + nurse station! Deliberate indifference cause also my 8th, 4th, 14th was violated 100%! Also Doctors was very disrespectful to me! Laughing at me! + officers still threaten me at the hospital also! Didn't care about nothing I said! Am bleeding bad, hurt, wrists bleeding nothing done! But defendant being disrespectful defendants! Totally violated my Constitutional rights 8th, 4th, 14th due process clause + deliberate indifference of my life + safety + ~~phisa~~ physically health + mental health All serious needs! I ask to see a Doctor mental: They the defendants laughing F-U Nissa Die B*t*h you Black N Mother F still hitting me! I write OPR Call DOC grievances nothing done slips to get my wheelchair they took! Have to have people help me get around! Its terrible + Am in extreme pain + fear + damaged mentally + physically to the max

pg 3.

THE EXCESSIVE force By defendants WAS Applied Maliciously + sadistically cause extreme Harm It WAS unnecessary And wanton: I fear for my life plus Am Afraid to trust or talk to Any officer cause most of them threathen me: + the defendants put there hands + feet on me beating me in Handcuffs + before they put them on me I cant Be Hand cuff cause of my Handicapp: But defendants had no disregaurd to that: Excessive force Attempt Murder: By officers on my life Am suing

All Involved Also supervisory liable to Sheriff Tom Dart cause of supt: Joseph Brown Also Director Reyes Also Lt's + Sgts John Does + Jane Does + Medical for disregaurding my serious Medical + Mentals needs: Also Deprive me of my constitutional rights: Excessive force: cruel And Unusual Punishment: deliberate indifference clause + 8th, 4th, 14th Amendments violated: us constitutional rights Am suing All defendants: Involved

grievance # 20156591

Also OPR Sheriff's review did nothing concerning this matter: so Am Holding them liable Also John Does + Jane Does Also:

Sgt. Beachum Interview me note: + ADA person Jane Doe was very unprofessional plus making jokes, laughing About the situation I feel without my wheel chair she was laughing In my face: plus Actually: deliberate indifference to my serious medical needs + ADA issues thats on video Also: Officer Harris is one of the officers that hit me kick me drag me in over 3x:

Joseph A. Felton
#2014-0319001
COOK COUNTY JAIL
2700 S. California Avenue
P.O. Box 089002
Chicago, IL 60608-0000

2) Also Am sueing for punitive + compensatory damages
Also pain and suffering
15 million Dollars!
Also defendants violated my Illinois constitution Article 1 Bill of Rights Section 2. Due process no person shall be deprived of life, liberty or property without due process of the law nor be denied the equal protection of the laws! suing All individuals + supervisory liable + municipalities to full capicity!
~~Also has to respond at the jury to~~
~~it what belongs to me under law!~~
~~with all due respect!~~ ✗

The course of conduct describe above amounts to deliberate indifference clause all conscious disregard to my serious needs Also plaintiff deprived plaintiff of rights under due process clause of 4th, 14th, 8th Amendment of the U.S constitution and constitutes a form of cruel and unusual punishments for with the 4th, 8th, 14th Amendment allows redress entitling Felton to bring Action Pursuant to 42 U.S.C. §1983 Plaintiff alleges that defendants are liable as person under the 42 U.S.C §1983 for the constitutional rights pursuant to policies or customs that are so persistent and widespread that they constitute the standard operating procedure of the →

defendants and are known to Policy making officials and are allowed to continue. Also sueing all defendant individually in an official capacity

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Asking 15 million: Punitive Damages Also 15 million: Compensatory Damages

Pain + Suffering.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __1__ day of __Dec__, 20__15__

___Joseph Felton___
(Signature of plaintiff or plaintiffs)

___JOSEPH FELTON___
(Print name)

___20140319001___
(I.D. Number)

_____
_____
(Address)

6

Revised 9/2007

Case: 1:15-cv-11170 Document #: 29 Filed: 04/25/16 Page 16 of 16 PageID #:150



Proof of service

I Joseph Felton swear under law, that I place these documents in mail to: 219 S. Dearborn by placing in mail at Cook County Jail by putting in mail on 12-1-15

Joseph Felton